

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00326-CV

CITY OF ARLINGTON, Appellant § On Appeal from the 48th District Court

V. § of Tarrant County (048-330806-21)

§ January 26, 2023

STACY WESSON-PITTS AND BENARD PITTS, Appellees § Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying appellant City of Arlington's (City) plea to the jurisdiction. It is ordered that the trial court's order denying the City's plea to the jurisdiction is affirmed.

It is further ordered that the City shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
  Justice Dana Womack